FILED
2016 JUL -6 PM 6:36
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2016 Grand Jury

| UNITED STATES OF AMERICA, | CR **CR** 16-**16 00470** |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition] |
| STEVEN NICHOLSON, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about February 26, 2016, in Los Angeles County, within the Central District of California, defendant STEVEN NICHOLSON ("NICHOLSON") knowingly possessed the following firearm and ammunition, in and affecting interstate and foreign commerce:

(1) an Intratec, model TECDC9, 9mm semiautomatic pistol, bearing serial number D068518; and

(2) 13 rounds of Tula Cartridge Works-Russia 9mm ammunition.

Such possession occurred after defendant NICHOLSON had been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1) Conspiracy to Distribute Cocaine, Cocaine Base, Marijuana, and PCP, in violation of Title 21, United States Code, Sections 841 and 846, in the United States District Court, Eastern District of Arkansas (Western Division), case number 4:98CR00091-36 SMR, on or about May 26, 1998;

(2) Possession of Marijuana for Sale, in violation of California Health & Safety Code Section 11359, in the Superior Court of the State of California, County of Los Angeles, case number TA088797, on or about May 3, 2007; and

(3) Obstructing Justice, in violation of Ohio Revised Code Section 2921.32(A)(1), in the Ohio Court of Common Pleas, County of Summit, case number 2014-08-2521, on or about October 23, 2015.

A TRUE BILL

/S/
Foreperson

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

JUSTIN R. RHOADES
Assistant United States Attorney
Chief, Violent & Organized Crime Section

SUSAN J. DE WITT
Assistant United States Attorney
Violent & Organized Crime Section